# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANDRE C. CORMIER,

    Plaintiff(s),

v.

VILLAGE CAPITAL INVESTMENT, LLC, et al.,

    Defendant(s).

Case No. 2:22-cv-00069-RFB-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and has submitted a complaint in an effort to initiate this case. Docket No. 1. In order to initiate this case, Plaintiff must either pay the filing fee or request authority pursuant to 28 U.S.C. § 1915 to proceed *in forma pauperis*. Plaintiff has done neither.

Accordingly, **IT IS ORDERED:**

1. No later than January 28, 2022, Plaintiff must either pay the filing fee, accompanied by a copy of this order, or file an Application to Proceed *in Forma Pauperis*.
2. The Clerk of the Court is **INSTRUCTED** to send Plaintiff a blank application form.
3. **Failure to comply will result in a recommendation to the District Judge that this case be dismissed for failure to comply with this order.**

IT IS SO ORDERED.

Dated: January 14, 2022

                                                          _____
Nancy J. Koppe
United States Magistrate Judge